IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Yukos Capital Limited,
(f/k/a Yukos Capital S.à.r.l.)

     *Petitioner*,

v.

The Russian Federation,

     *Respondent*.

Civil Action No. 1:22-cv-00798

### Petitioner Yukos Capital Limited's Motion for Default Judgment

Pursuant to Federal Rule of Civil Procedure Rule 55(b)(2) and 28 U.S.C. § 1608(e), Petitioner Yukos Capital Limited by and through its undersigned counsel, respectfully requests that the Court confirm the arbitral award issued on July 23, 2021 in Permanent Court of Arbitration Case No. 2013-31 against Respondent The Russian Federation, and enter a default judgment against Respondent in the amount of $5,033,254,794.28, prejudgment interest at a rate of 3.82% (adjusted as necessary based on changes to the daily prime rate prior to entry of judgment), compounded annually, from July 23, 2021 until the date when judgment is entered, and postjudgment interest at the rate specified in 28 U.S.C. § 1961.

The grounds for this Motion are set forth in the accompanying Petitioner's Memorandum of Law in Support of Its Motion for Default Judgment, and other pleadings previously filed in this action.

Dated: September 26, 2022                                Respectfully submitted,

/s/ *Matthew S. Rozen*

Robert Weigel (*pro hac vice*)                           Matthew S. Rozen, D.C. Bar #1023209
rweigel@gibsondunn.com                                   mrozen@gibsondunn.com
Jason Myatt (*pro hac vice*)                             GIBSON, DUNN & CRUTCHER LLP
jmyatt@gibsondunn.com                                    1050 Connecticut Avenue, N.W.
GIBSON, DUNN & CRUTCHER LLP                              Washington, D.C. 20036
200 Park Avenue                                          Telephone:   202.955.8500
New York, NY 10166                                       Facsimile:   202.467.0539
Telephone:  212.351.4000
Facsimile:  212.351.4035

*Attorneys for Yukos Capital Limited*